### 23921. HILL v. PANGLE.

DUCKWORTH, Chief Justice. The petitioner in essence alleges that she and defendant contemplated marriage and in reliance thereon she paid $1,000 as a down payment on described realty, took possession thereof and has expended $3,000 for improvements thereon but title was taken in the defendant's

name with the understanding that petitioner should have the beneficial use of the land after their expected marriage; that the defendant placed a mortgage thereon, and both plaintiff and defendant have been making the monthly mortgage payments in equal amounts; that all of this was done in contemplation of marriage; and that petitioner trusted the defendant. The prayer was to enjoin the defendant's attempt to evict petitioner, which has been since he married another woman; to enjoin him from otherwise interfering with her use of the land; and to decree the legal title to be in petitioner upon her paying the defendant all sums he has advanced on the mortgage, and for general relief. The petition alleges a cause of action, and it was error to dismiss it on demurrer. *Code* § 108-106 (1); *Berry v. Brunson,* 166 Ga. 523 (143 SE 761); *Lominick v. Lominick,* 213 Ga. 53 (96 SE2d 587).

*Judgment reversed. All the Justices concur.*

ARGUED FEBRUARY 13, 1967—DECIDED FEBRUARY 23, 1967.

*McDonald, Longley, McDonald & McDonald, Julian M. Longley, Jr.,* for appellant.

*Mitchell & Mitchell, Erwin Mitchell, Coy H. Temples,* for appellee.